## ANONYMOUS.

### (April Term, 1865.)

AMENDED ABSTRACTS—of the right to file them.

Mr. B. C. Cook inquired of the court whether it was necessary to obtain leave to file an amended abstract.

Per CURIAM: It is not. Either party may do that, as of course.

## SPEAR *v.* D'CLERCY.

### (April Term, 1865.)

ABSTRACTS—*when insufficient number filed—consequence thereof.* A writ of error will not be dismissed merely because less than the requisite number of printed abstracts are filed, but a short rule may be taken upon the plaintiff to file the proper number.

MOTION was entered by the defendant to dismiss this writ of error for want of abstracts. It appeared that only three printed abstracts had been filed.

Per CURIAM: We will not dismiss the cause upon the ground assigned, but will make a short rule upon the plaintiff to file the required number of abstracts.

*Motion to dismiss denied.*

---

[*] Rule 10.      [†] Rule 11.      [‡] Rule 15.